UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.    CASE NO: 2:15-cr-164-FtM-UAMRM

EDREY SANTO ROJAS
a/k/a "Eddy Santos"
_____

## **FORFEITURE MONEY JUDGMENT**

The United States moves, pursuant to 18 U.S.C. § 982(a)(2)(B) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a forfeiture money judgment in the amount of $3,232.39, which upon entry will be a final order of forfeiture as to the defendant.

The defendant pleaded guilty to Count Two of the Indictment, in violation of 18 U.S.C. § 1029(a)(2), and the United States has established that the defendant obtained $3,232.39 in proceeds as a result of the offense.

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 982(a)(2)(B), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant is liable for a forfeiture money judgment in the amount of $3,232.39.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek as a substitute asset in satisfaction of the defendant's money judgment.

**DONE AND ORDERED** in Fort Myers, Florida, this 5th day of October, 2016.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record